# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00372-CR

**Cameron Mitchell Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-18-0166, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Cameron Mitchell Moore was charged with aggravated kidnapping, stalking, attempted capital murder, and two counts of violating a protective order. *See* Tex. Penal Code §§ 15.01, 19.03, 20.04, 25.07(g), 42.072. After a trial, Moore was acquitted of aggravated kidnapping, was acquitted of attempted capital murder but was convicted of the lesser offense of assault family violence, and was convicted of stalking and of both counts of violating a protective order. *See id.* §§ 22.01, 25.07(g), 42.072. Moore was sentenced to ten years' imprisonment for each offense. *See id.* § 12.34. Moore appealed the district court's judgments of conviction.

Moore's court-appointed attorney on appeal filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009).

After filing the *Anders* brief, however, Moore's counsel informed this Court that Moore was charged with three other felonies that are still pending and that Moore has been declared incompetent to stand trial in at least one of those cases. Because Moore has been declared incompetent and will be transferred to a mental-health facility, Moore's attorney asked this Court to abate the appeal in order to allow Moore the opportunity to exercise his rights under *Anders* (e.g., to review the record and prepare his own pro se brief) after he has regained competency.

We agree with Moore's attorney's suggestion. Accordingly, we suspend all appellate deadlines and abate this appeal until Moore's attorney notifies this Court that Moore has been declared competent. *See* Tex. R. App. P. 2. Upon receiving notice from Moore's attorney, this Court will reinstate the appeal, and the applicable 30-day deadline for filing a pro se brief will start to run from the day of reinstatement. When Moore is declared competent, his attorney is instructed to resend the previously filed *Anders* brief along with a letter setting out Moore's rights under *Anders* as well as the new deadline for filing a pro se brief. In the interim, Moore's counsel is ordered to file status reports with this Court every 180 days regarding the status of Moore's competency.

Before Chief Justice Rose, Justices Baker and Triana

Abated

Filed: January 16, 2020

Do Not Publish